IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JASON JEROME WILLIAMS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:02-CV-0286 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge has entered an Order Dismissing Habeas Corpus Petition, and dismissing petitioner's application for a writ of habeas corpus.

JUDGMENT IS ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _22nd_ day of _September_ 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

HAB54\WILLIAMSJJ DISM 1